KING CONFECTIONERY COMPANY v. YETTER.

On *certiorari.*

Before Justices GARRISON and GARRETSON.

For the prosecutor, *Gouverneur V. Packer* and *W. Holt Apgar.*

For the defendant, *Israel B. Grant* and *Linton Satterthwait.*

PER CURIAM.

The case of Parish *v.* New Domestic Sewing Machine Co., decided at the present term, applies to this case. The practice and extension there indicated will be applied to the present return.